ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Ensign-Bickford Aerospace & Defense Company | ) | ASBCA Nos. 58671, 59291 |
| | ) | |
| Under Contract No. DAAE30-03-C-1167 | ) | |

APPEARANCE FOR THE APPELLANT:     John C. Person, Esq.
                                                              Person & Craver, LLP
                                                              Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
                                                                         Army Chief Trial Attorney
                                                                         Robert B. Neill, Esq.
                                                                         Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 8 July 2015

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58671, 59291, Appeals of Ensign-Bickford Aerospace & Defense Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals